IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 7:24-cv-01008-D-RJ

| | |
|---|---|
| DELIA S. HARPER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Plaintiff's Consent Motion to Substitute Party Name" [DE 29] filed February 10, 2025. The Court having reviewed same and found good cause for the relief requested;

**IT IS, THEREFORE, ORDERED** that Plaintiff's Consent Motion to Substitute Party Name [DE 29] is **GRANTED**. The party "Bread Financial Payments, Inc. dba Comenity Bank" is dropped as a party and "Comenity Bank" be added. The Clerk shall issue the summons attached as Exhibit A.

SO ORDERED. This the 11 day of February, 2025.

JAMES C. DEVER III
United States District Judge